JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DJAJA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:25-cv-01543-MWF-AJR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 19). For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: January 8, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge